Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
PHERRAN UPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHERRAN UPSON | Case No.: 1:17-cv-00691-EPG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Plaintiff Pherran Upson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from January 16, 2018 to February 15, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff who is seeking new counsel to represent her in this matter. counsel to allow additional time to fully research the issues presented.

| | | |
|---|---|---|
| DATE: January 16, 2018 | | Respectfully submitted, |
| | | LAWRENCE D. ROHLFING |

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa

Attorney for plaintiff Ms. Pherran Upson

DATE: January 16, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Asim Modi*
_____
Asim Modi
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the time for Plaintiff to file an Opening Brief is extended by 30 days, from January 16, 2018 to February 15, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: **January 17, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 1:17-CV-00691-EPG

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 16, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff