Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
PHERRAN UPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHERRAN UPSON | ) Case No.: 1:17-cv-00691-EPG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO<br>) EXTEND TIME TO FILE OPENING<br>) BRIEF |
| NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security. | ) |
| Defendant. | ) |

Plaintiff Pherran Upson and Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from February 15, 2018 to March 15, 2018 for Plaintiff to file its opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension.

1   Plaintiff is in the process of seeking new counsel to represent her in this

2   matter. Counsel spoke telephonically to Plaintiff who informed Counsel that

3   Plaintiff has been in contact with another attorney who may handle this case, but

4   has not yet been retained. Plaintiff requests more time to allow any new

5   representative sufficient time to fully research the issues.

6   DATE: February 15, 2018                    Respectfully submitted,

7                                       LAWRENCE D. ROHLFING

8                                       /s/ *Cyrus Safa*
        BY: _____
9                                       Cyrus Safa

10                                      Attorney for plaintiff Ms. Pherran Upson

11

12  DATE:  February 15, 2018

13                                      MCGREGOR W. SCOTT

14                                      United States Attorney

15

16                                      /s/ *Asim Modi*
        BY: _____
17                                      Asim Modi
                                        Special Assistant United States Attorney
18                                      Attorneys for defendant Nancy A. Berryhill
                                        |*authorized by e-mail|

19

20

21

22

23

24

25

26

-2-

# **ORDER**

In light of the above stipulation, and good cause appearing, the time for Plaintiff to file an Opening Brief is hereby extended to March 15, 2018. All other dates in the Court's Scheduling Order, (ECF No. 6), shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 20, 2018**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE